CTJ-Y

ORIGINAL

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2023 APR -4  PM 3: 39

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| JONATHAN ADRIAN MIRELES-JUAREZ (01) a/k/a "J" | 4-23CR-089-Y |

INFORMATION

The United States Attorney Charges:

Count One
Conspiracy to distribute and possess with intent to distribute a controlled substance
(Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 846)

Beginning on a date unknown and continuing until on or about January 24, 2023, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant **Jonathan Adrian Mireles-Juarez**, also known as J, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), namely to distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 846.

Forfeiture Notice
(18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in Count One of this Information, and

under 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), 21 U.S.C. § 881, and 28 U.S.C. § 2461(c),

defendant **Jonathan Adrian Mireles-Juarez**, also known as J, shall forfeit to the United

States of America any currency, money, funds, vehicles, and property that was used in or

are the fruits of the knowing commission of the offense alleged in Count One of this

Information; and any firearm, ammunition, and any firearm accessory involved in or used

in the knowing commission of the offense alleged in Count One of this Information.


LEIGHA SIMONTON
UNITED STATES ATTORNEY


FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:    817-252-5200
Facsimile:    817-252-5455
Email: frank.gatto@usdoj.gov


Information - Page 2